# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                                           **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                                     **GREENBELT, MARYLAND 20770**
                                                                                                                                     **301-344-0052**

## M E M O R A N D U M

TO:        Counsel of Record

FROM:    Judge Roger W. Titus

RE:        *USA v. Abu Kondeh*
                  Criminal No. RWT-06-0404

DATE:    August 11, 2015

* * * * * * * * *

At the request of the parties, the violation of supervised release hearing currently scheduled for August 13, 2015 at 3:00 p.m. is hereby **RESCHEDULED** to **September 17, 2015 at 1:00 p.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                                            /s/
                                                                                Roger W. Titus
                                                                                United States District Judge